**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Benjamin Winston, Sr. and                          Case No. 13-01513
    Gloria Winston                                      Chapter 13
                                                                Judge: Bruce W. Black

                           Debtors

_____/
Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.:  C15-29698

**Briana Czajka**
Geraci Law L.L.C.
55 E. Monroe St. #3400
Chicago, Il 60603
(312) 332-1800
Email: ndil@geracilaw.com
_____/


### RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

     NOW COMES Ocwen Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust Series 2006-5, TBW Mortgage Pass-Through Certificates, Series 2006-5 (herein "Creditor"), by and through their attorney, Potestivo & Associates, P.C., and states the following as their response disagreeing with the Trustee's Notice of Final Cure Payment that was filed on October 9, 2015:

1. The Debtors filed their bankruptcy petition on January 15, 2013.
2. The Trustee filed the Notice of Final Cure Payment pursuant to Rule 3002.1 on October 9, 2015.
3. The Debtor failed to make direct post petition payments when due. The loan is contractually due for September 1, 2015. See attached payment history. (Exhibit A)

4. Creditor disagrees with the Notice of Final Cure Payment and Completion of Plan Payments.

Date:  October 20, 2015                             /s/ Caleb J. Halberg
                                                    Potestivo & Associates, P.C.
                                                    Caleb J. Halberg (ARDC#6306089)
                                                    223 W. Jackson Blvd., Suite 610
                                                    Chicago, Illinois 60606
                                                    Telephone: (312) 263-0003
                                                    Main Fax: (312) 263-0002
                                                    Cook County Firm ID #: 43932
                                                    DuPage County Firm ID #: 223623
                                                    Attorneys for Ocwen Loan Servicing, LLC
                                                    Our File No. C15-29698

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Benjamin Winston, Sr. and                         Case No. 13-01513
    Gloria Winston                                            Chapter 13
                                                                    Judge: Bruce W. Black

                Debtors

_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C15-29698

**Briana Czajka**
Geraci Law L.L.C.
55 E. Monroe St. #3400
Chicago, Il 60603
(312) 332-1800
Email: ndil@geracilaw.com
_____/

## AFFIDAVIT OF SERVICE

     I, Cathy Scanlan, state that on the 20th day of October 2015, I served a copy of the Response to the Notice of Final Cure and Affidavit of Service of same upon the below listed parties:

| | |
|---|---|
| Benjamin Winston Sr. & Gloria Winston<br>2144 Sudbury Street<br>Naperville, IL 60564 | Briana Czajka<br>55 E. Monroe St. #3400<br>Chicago, Il 60603 |
| Office of the U.S. Trustee<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604 | Glenn B Stearns<br>801 Warrenville Road, Suite 650<br>Lisle, IL 60532 |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to Debtor and via CM-ECF electronic filing to the Debtors' Attorney and the Trustee, and the U.S. Trustee

                                                             ***/s/ Cathy Scanlan***
                                                             Cathy Scanlan